United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 23, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-30321
Summary Calendar
_____

IRIS HURST DAVIS,

Plaintiff-Appellant,

versus

LARRY AYRES, GERALDINE BATTLEY,
JAMES BOULANGER, NICK CICERO,
DONALD DOUCET, DON EWING, CARL MCLEMORE,
MAURICE PICARD, MIX VOSBURG, JULIET WILLIAMS,

Defendants-Appellees.

---------------------
Appeal from the
United States District Court for the
Middle District of Louisiana, Baton Rouge
3:04-CV-431-JVP
---------------------

Before KING, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Plaintiff Iris Hurst Davis brought suit in the United States District Court for the Middle District of Louisiana against Larry Ayers and nine other individuals acting in their individual and official capacities as administrators of Pointe Coupee General Hospital ("PCGH") and against the Board of Directors of PCGH, alleging that under 42 U.S.C. § 1983 Plaintiff was deprived of "liberty and property" without due process of law in violation of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the Fifth and Fourteenth Amendments of the United States Constitution and in violation of the Constitution of the State of Louisiana when such defendants, individually and collectively, terminated Plaintiff's employment with PCGH.  Defendants moved to dismiss the suit under FRCP 12(b)(6) and the district court granted such motion to dismiss.  Plaintiff appeals to this Court.

We have carefully reviewed the briefs, the record excerpts, and relevant portions of the record itself.  For the reasons stated by the district court in its memorandum ruling of November 15, 2004, we affirm the final judgment entered by that court on February 11, 2005.

**AFFIRMED.**